UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19 mj 03902 Becerra

UNITED STATES OF AMERICA

vs.

ERICKA TECORA LONG,

Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Alejandra L. López
Florida Bar No. 37132
Assistant United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, Florida 33132
Tel: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:19mj03902 Becerra |
| ERICKA TECORA LONG, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 30, 2019 through November 17, 2019 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951(a) and 2 | Hobbs Act Robbery; and |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Brandishing a Firearm in Furtherance of a Crime of Violence. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Elio Garcia, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-20-19

_____
Judge's signature

City and state: Miami, Florida

Jacqueline Becerra, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Elio Garcia, a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a detective employed by the Miami-Dade Police Department, and am currently a TFO with the FBI. I have been a police officer with the Miami-Dade Police Department for over 25 years and assigned to the Violent Crimes Task Force for the past six months. My duties include the investigation of a variety of federal offenses, including Hobbs Act robberies, kidnappings, bank robberies, and other offenses. I am, therefore, an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am, therefore, empowered to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. This Affidavit is submitted in support of a criminal complaint against Ericka Tecora Long ("LONG"). As I explain below, I respectfully submit there is probable cause to believe that, on or about September 30, 2019, LONG did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, that is, the defendant did take United States currency from persons and in the presence of persons employed by Publix Supermarket, located at 9510 SW 160th Street, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons, in violation of Title 18, United States Code, Sections 1951(a) and 2, and did knowingly possess and brandish a firearm in furtherance of said Hobbs Act robbery, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

3. Furthermore, on or about October 11, 2019, LONG did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, that is, the defendant did take United States currency from persons and in the presence of persons employed by Publix Supermarket, located at 13735 SW 152th Street, Miami, Florida; a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

4. Additionally, on or about October 20, 2019, LONG did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, that is, the defendant did take United States currency from persons and in the presence of persons employed by Publix Supermarket, located at 11750 SW 104th Street, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons, in violation of Title 18, United States Code, Sections 1951(a) and 2.

5. Furthermore, on or about November 17, 2019, LONG did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, that is, the defendant did take United States currency from persons and in the presence of persons employed by Publix Supermarket, located at 9041 SW 107th Avenue, Miami, Florida, a business and company operating in interstate and foreign commerce, against the will of those persons, by means of actual and threatened force, violence, and fear of injury to those persons, in violation of Title 18, United States Code, Sections 1951(a) and 2, and did knowingly possess and brandish a firearm in furtherance of said Hobbs Act robbery, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

6. The statements contained in the Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. Since this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

7. Since on or about September 30, 2019, law enforcement has been conducting an investigation into a string of Hobbs Act robberies in Miami-Dade County.

### Publix: September 30, 2019

8. On or about September 30, 2019, at approximately 9:26 p.m., an unknown female ("Subject 1") entered a Publix Supermarket, located at 9510 SW 160th Street, Miami, Florida. Publix Supermarkets are a multi-state chain of supermarkets dealing in commerce across state lines. Subject 1 then approached a cashier ("Victim 1"). Subject 1 showed Victim 1 the screen of an old Samsung cellular telephone, which revealed a text message stating, "This is a Robbery, put everything in the bag, I have a gun, don't call the manager, don't call the cops, hurry up." In fear of their life, Victim 1 gave Subject 1 all of the money in the register drawer, totaling $1,460.00. Subject 1 then exited the Publix and left the area.

### Publix: October 11, 2019

9. On or about October 11, 2019, at approximately 7:18 p.m., an unknown female ("Subject 1") entered a Publix Supermarket, located at 13735 SW 152th Street, Miami, Florida. Subject 1 approached a cashier ("Victim 2"). Subject 1 was holding a cellular telephone and placed the cellular telephone on top of the counter. Victim 2 was then able to see a text message displayed on the cellular telephone, which stated, "This is a robbery, I have a gun, you have 60 sec

3

[seconds]." Victim 2, in fear for their life, gave Subject 1 all of the money in the register drawer. Subject 1 then demanded the money from another nearby register. Victim 2, in fear for their life, gave Subject 1 all of the money in the second register's drawer. In total, Victim 2 gave Subject 1 a total of $4,498.68. Subject 1 then exited the Publix and left the area.

### Publix: October 20, 2019

10. On or about October 20, 2019, at approximately 12:32 p.m., an unknown female ("Subject 1") entered a Publix Supermarket, located at 11750 SW 104th Street, Miami, Florida. Subject 1 then approached a cashier ("Victim 3"). Subject 1 stated to Victim 3 that she had a gun and demanded that Victim 3 place all of the money from his/her register in a plastic bag. Victim 3, in fear for their life, gave Subject 1 all of the money in the register drawer, totaling $2,000.00. Subject 1 then exited the Publix. Publix video surveillance revealed that Subject 1 left the area of the Publix in a silver-colored sedan (the "Sedan"), bearing Florida tag number 5735JB.

### Mobil Gas Station: November 17, 2019

11. On or about November 17, 2019, at approximately 6:30 p.m., an unknown female ("Subject 1") entered a Mobil Gas station, located at 24791 Krome Avenue, Miami, Florida. Mobil Gas is a multi-national company dealing in interstate and foreign commerce. Subject 1 approached two employees ("Victim 6" and "Victim 7") and brandished a firearm. Subject 1, while brandishing the firearm, demanded the money from the station's register and safe. Victim 7 told Subject 1 that they did not have the key and were unable to give her the money. Subject 1 then exited the gas station and fled in dark blue Nissan Frontier (the "Frontier"), where two individuals in the vehicle were waiting for Subject 1. The Mobil Gas station's video surveillance revealed that the Frontier bore Florida tag number KCLX82.

### Publix: November 17, 2019

12. On or about November 17, 2019, at approximately 8:47 p.m., an unknown female ("Subject 1") entered a Publix Supermarket, located at 9041 SW 107th Avenue, Miami, Florida. Subject 1 approached an employee working at the customer service counter ("Victim 8"). Subject 1 showed the Victim 8 a text message on a cellular telephone which stated, "This is a robbery, give me all your money, I have a gun." Subject 1 then brandished a firearm and said, "This is not a joke." Victim 8, in fear for their life, gave Subject 1 all the money in a cash register, totaling $1,300.00. Subject 1 then exited the Publix and fled in the Frontier.

### Further Investigation

13. On or about October 24, 2019, law enforcement executed a search warrant in an unrelated case at a home located at 26540 SW 138th Court, Miami, Florida. While executing the search warrant, law enforcement located the Sedan, which was used in the October 20, 2019 Publix robbery.

14. After locating the Sedan, law enforcement, or about November 18, 2019, conducted surveillance in the same area of the October 24, 2019 search warrant. During the surveillance, law enforcement observed the Frontier a few houses away from the location where the October 24, 2019 search warrant was executed. A short time later, law enforcement observed an unknown female enter the Frontier and drive away. Law enforcement conducted a traffic stop of the Frontier and made contact with the driver (the "Driver"). The Driver indicated that, on or about November 17, 2019, he/she had rented the Frontier for a few hours to LONG and Associate 1. Records checks revealed the identity of LONG and Associate 1.

15. Further records checks revealed that LONG had been outfitted with an ankle monitor due to a prior state criminal charge. Law enforcement has reviewed partial ankle monitor

location records, which revealed that LONG's ankle monitor was in the vicinity of the September 30, 2019, October 11, 2019, and October 20, 2019 Publix robberies at the time the robberies occurred. The partial location records for LONG's ankle monitor further revealed the ankle monitor was in the vicinity of the November 17, 2019 Publix robbery at the time the robbery occurred. Additional ankle monitor location records have been requested and are pending receipt by your Affiant.

16. Law enforcement then showed a photo line-up containing LONG's photograph to Victims 2 and 3. Victim 2 positively identified LONG as Subject 1, who committed the Hobbs Act robbery on or about October 11, 2019. Victim 3 positively identified LONG as Subject 1, who committed the Hobbs Act robbery on or about October 20, 2019.

17. On or about November 19, 2019, law enforcement arrested LONG at her residence. After being read her *Miranda* rights, LONG waived her rights and agreed to speak to law enforcement. In her statement, LONG admitted she was the one who committed the September 30, 2019; October 11, 2019; October 20, 2019; and November 17, 2019 Publix robberies and the November 17, 2019 attempted Mobil Gas station robbery with the help of others. LONG furthermore admitted that, during the November 17, 2019 Publix robbery, she possessed and brandished a firearm in furtherance of the robbery.

[THIS SECTION INTENTIONALLY LEFT BLANK]

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about September 30, 2019, October 11, 2019, and October 20, 2019, LONG did knowingly and unlawfully commit Hobbs Act robberies, in violation of Title 18, United States Code, Sections 1951(a) and 2, and that, on or about November 17, 2019, LONG did knowingly and unlawfully commit Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951(a) and 2, and did knowingly possess and brandish a firearm in furtherance of said Hobbs Act robbery, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2. Additional matters are under investigation.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Elio Garcia, Task Force Officer
Federal Bureau of Investigation

Sworn to a subscribed before me on this ____ day of November 2019.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

7